# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAZAL GROUP, LLC., | ) | Case No. CV-18-07562-R-JPR |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **BY LACK OF PROSECUTION** |
| AMANDA STANWIX, et al. | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing no later than **September 16, 2019** why this action should not be dismissed for lack of prosecution. On September 16, 2019, plaintiff filed a response to the Court's Order to Show Cause. Plaintiff's response, however, fails to show good cause as to why this case should not be dismissed for lack of prosecution.

WHEREAS, the period has elapsed without proper proof of timely service of the complaint and summons, and the period has elapsed without any good cause to warrant a further extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 27, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE